

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2023

No. 04-23-00219-CR

**EX PARTE** Jose Antonio **SOLIS RAMIREZ**

Original Proceeding[1]

### ORDER

March 9, 2023, relator filed a petition for writ of mandamus. Relator also filed an emergency motion to stay the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion to stay is **DENIED** as moot.

It is so **ORDERED** on May 3, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 13540CR, styled *State of Texas v. Jose Antonio Solis Ramirez*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.